AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:24-CV-00369-JKP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **DiTommaso Inc.**
was recieved by me on **4/24/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **LEGALINC CORPORATE SERVICES INC.**, who is designated by law to accept service of process on behalf of **DiTommaso Inc.** at **1967 Wehrle Drive Suite 3 #806, Buffalo, NY 14222** on **05/02/2024 at 2:09 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  05/09/2024

*Server's signature*

**Devon Horton**
*Printed name and title*

**9233 Main St
Trlr #25
Clarence, NY 14031**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to LEGALINC CORPORATE SERVICES INC., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.  Person authorized to accept documents for legal inc. identified themself as Cathy Will, holding the title of Administrative Assistant.**




Tracking #: **0131553898**