**FILED**
September 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____wg_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ORTEGA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**DITOMMASO INC.,**<br>**and DATA KING OF NEW YORK, INC.,**<br>**and MERIDIAN SERVICES L.L.C.,**<br><br>*Defendants,* | Case No. 5:24-cv-369-JKP-ESC |

## [PROPOSED] DEFAULT AGAINST DEFENDANT

A default is entered in this action against Defendant Data King of New York, Inc. for failing to respond to the complaint as required by law.

CLERK OF COURT

Date: 09/23/2024

_____
Signature of Clerk or Deputy Clerk