IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; | §<br>§<br>§<br>§<br>§ | SA-24-CV-00369-JKP |
| *Plaintiff,* | §<br>§ | |
| vs. | §<br>§ | |
| DITOMMASO INC.,  DATA KING OF NEW YORK INC.,  MERIDIAN SERVICES, L.L.C., | §<br>§<br>§<br>§ | |
| *Defendants.* | §<br>§ | |

**ORDER**

Before the Court in the above-styled cause of action is Plaintiff's oral motion for permission to file electronically. As stated at the Initial Pretrial Conference on December 16, 2024, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's oral motion for permission to file electronically is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff review the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at https://www.txwd.uscourts.gov/cmecf/.

**IT IS FURTHER ORDERED** that Plaintiff may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this cause of action.

1

SIGNED this 17th day of December, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE