**FILED**
January 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____vl_____
DEPUTY



## FLORIDA DEPARTMENT OF STATE
Division of Corporations

August 27, 2024

Paulina Almanza

Pursuant to Chapter 48.062 Florida Statutes, substitute service of process was accepted for Meridian Services LLC in case number 5:24-CV-00369-JKP-ESC and was filed on August 26, 2024 at 5:12 PM.

> Plaintiff(s)
> Mark Ortega
> v.
> Defendant(s)
> DiTommaso Inc., Data King Services of New York Inc., Meridian Services

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.


Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314


Letter No. 240826038SOP.01

Mark Anthony Ortega
152 Redingfeld Dr
San Antonio, TX 78231

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207





JAN 02 2025