IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DITOMMASO INC.,<br>and DATA KING OF NEW YORK INC.,<br>and MERIDIAN SERVICES L.L.C.,<br>　　　　　　　　　　　　Defendants. | Case No. 5:24-CV-369-JKP-ESC |

### CLERK'S ENTRY OF DEFAULT

The Plaintiff, Mark Anthony Ortega, having filed a Complaint (ECF No. 1) on April 10, 2024 and his Second Amended Complaint (ECF No. 16) on June 25, 2024, and the Defendant, Meridian Services L.L.C, having failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time for responding having expired;

IT IS ORDERED, that the Clerk enter the default of the Defendant, Meridian Services L.L.C.

Date: 01/27/2025　　　　　　　　　　　　By: *Veronica Leyva*
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court