## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**MARK ORTEGA,**

   **Plaintiff**

v.

DITOMMASO INC et al.

   **Defendants**.

**NOTICE OF MEET AND CONFER WITH PLAINTIFF FOR THE MOTION TO SET ASIDE DEFAULT UNDER FEDERAL RULE OF CIVIL PROCEDURE 55(C) ONLY**

Case No. 24-CV-369-JKP-ESC
Hon. JASON K. PULLIAM
Magistrate: Elizabeth S. Chestney

---

### MERIDIAN SERVICES, LLC'S NOTICE OF MEET AND CONFER IN THE MOTION AND BRIEF FOR SET ASIDE OF DEFAULT BASED UPON FED. R. CIV. P. 55(C)

 **NOW COMES** Brian P. Parker *pro hac vice* to represent Defendant, Meridian Services

LLC and states that Defendant sought out a meet and confer with Plaintiff and in response, Mr.

Ortega emailed Defendant Counsel on March 11, 2025 that:

Hi Brian,

Reading through your Motion to Set Aside, I oppose it given that your client knew of the lawsuit, was properly served, and maintains an inaccessible address for their registered agent.


Regards,
Mark Anthony Ortega

 **WHEREFORE**, Defendant respectfully requests that this Honorable Court Set Aside the

Defendant's Default and provide other such relief as the Court deems just and proper.

/s/Brian P. Parker
BRIAN P. PARKER (Florida License #980668) and
(Michigan License #P48617)
The Law Offices of Brian P. Parker, P.C. (FL)
10401 Big Tree Circle East
Jacksonville FL 32257
**Ph: (904) 466-8872**
*Attorney for Meridian in Florida and Ordered,*
*Pro Hac Vice Admission to Western District of*
*Texas, San Antonio Division*

Dated March 14, 2025

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, a Notice of Meeting and Conferring was efiled with the Court from an attorney contact email address of brianparker@collectionstopper.com upon the Court and Plaintiff.

/s/Brian P. Parker
BRIAN P. PARKER (Florida License #980668) and
(Michigan License #P48617)
*Attorney for Meridian in Florida and Ordered,*
*Pro Hac Vice Admission to Western District of*
*Texas, San Antonio Division*